# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re: ARMANDO CASILLAS MALDONADO  
CYNTHIA I. RATCLIFF ROCAFORT  
Debtor(s)

CASE No.: 11-08228-MCF

Chapter 13

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

NOW APPEARS (petitioner) Armando Casillas Maldonado + Cynthia I. Ratcliff Rocafort, of (address): PO Box 3349, Juncos, PR 00777, and states that on (date) 12/19/2016, (name) Armando Casillas + Cynthia Ratcliff became entitled to receive $5,416.60 as a distribution in the above-entitled case, and now appears in the records of this court as the owner of said funds. The amount requested is being held in the Treasury of the United States as unclaimed funds.

Petitioner represents that he/she/it is entitled to receive the requested funds based upon (check box(es) that apply):

☒ petitioner is the owner of said funds as appear as such in the records of this court;

☐ petitioner is the assignee of the owner's claim to said funds, as evidenced in the attached

☐ Affidavit or Assignment of Right;

☐ petitioner is the owner's successor in interest, as evidenced in the attached Affidavit or

☐ Assignment of Right;

☐ petitioner is the personal representative of the owner's estate, as evidenced in the

☐ Attached Affidavit and/or other identifying documents; or

☐ petitioner is named in a power of attorney by (grantor) _____,

☐ valid under the laws of the Commonwealth of Puerto Rico, that empowers petitioner to

collect the unclaimed funds described above on behalf of grantor:

- ☐ as the owner of the claim;
- ☐ as the owner's attorney-at-law, with authorization to receive said funds;
- ☐ as the assignee of the owner's claim to said funds;
- ☐ as the owner's successor in interest; or
- ☐ as the personal representative of the owner's estate.

The petitioner submits with this petition the following document(s) as proof of the petitioner's identity and status, and the owner's claim of entitlement:

[List all documents that are attached, e.g., copy of government-issued photo i.d., power of attorney, formal assignment, letter of appointment, court order, etc.]

Armando Casillas -> Government ID # 2020164
Cynthia Ratcliff -> Driver's License # 2227174

WHEREFORE, the petitioner submits to the personal jurisdiction of this court and requests that it enter an order directing payment of the unclaimed funds described above to the petitioner, or (if the petitioner is not the owner) to the petitioner on behalf of the owner, in accordance with the documents submitted in support of this petition.

## NOTICE OF RESPONSE TIME

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, must serve and file an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed, unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice otherwise requires.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 12/19/16 | Cynthia Ratcliff Rocafort | [signature] |
| 12/19/16 | Armando Casillas Maldonado | [signature] |




UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
ARMANDO CASILLAS MALDONADO
CYNTHIA I RATCLIFF ROCAFORT

CASE NO. 11-08228-MCF

CHAPTER 13

DEBTOR(S)

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1. This case had been closed as a DISMISSED BEFORE CONF case.

2. As of the date that this case was closed the below described check(s) remained unpaid after 90 days after the final distribution pursuant to 11 USC 1326.

3. In compliance with 11 USC 347(a) and Bankruptcy Rule 3011, the Trustee cancelled the below described check(s):

| CREDITOR'S NAME AND ADDRESS | CHECK NUMBER | AMOUNT |
|---|---|---|
| ARMANDO CASILLAS MALDONADO & CYNTHIA I RATCLIFF ROCAFORT<br>MONTE MAR<br>42 CALLE D<br>FAJARDO, PR 00738-4328 | 0619356 | $5,416.60 |

4. The Trustee issued substitute check(s) payable to the Clerk of the Bankruptcy Court in the aggregate amount of $5,416.60, which has been delivered to the Court this same date for its disposition according to Chapter 129 of Title 28.

WHEREFORE the Trustee respectfully prays that this motion be granted for the reason herein set forth.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

DATE: December 11, 2012

/s/ José R. Carrión
José R. Carrión, Trustee
PO Box 9023884, Old San Juan
San Juan, PR 00902-3884
Tel. (787) 977-3535
Fax (787) 977-3550

11-08228-MCF
ARMANDO CASILLAS MALDONADO

VERIFIED STATEMENT

The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies that on this same date, I personally and duly notified a true and exact copy of the attached motion to each party below listed.

JUAN A SANTOS BERRIOS*
PO BOX 9102
HUMACAO, PR 00792

ARMANDO CASILLAS MALDONADO
CYNTHIA I RATCLIFF ROCAFORT
MONTE MAR
42 CALLE D
FAJARDO, PR 00738-4328

ARMANDO CASILLAS MALDONADO &
CYNTHIA I RATCLIFF ROCAFORT
MONTE MAR
42 CALLE D
FAJARDO, PR 00738-4328

In San Juan, Puerto Rico this Tuesday, December 11, 2012.

_Olga Sosa_
Chapter 13 Clerk