IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ARMANDO CASILLAS MALDONADO
CYNTHIA I RATCLIFF ROCAFORT

XXX-XX-8811
XXX-XX-1912

Debtor(s)

CASE NO. 11-08228 MCF
Chapter 13

FILED & ENTERED ON 5/24/2017

ORDER

The application for payment of unclaimed funds filed by Armando Casillas Maldonado and Cynthia I. Ratcliff Rocafort (docket entry #79) is hereby granted. The Clerk shall disburse the amount of $5,416.60 to Armand Casillas Maldonado and Cynthia I. Ratcliff Rocafort.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 23 day of May, 2017.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

c: DEBTOR(S)
JUAN A SANTOS BERRIOS
JOSE RAMON CARRION MORALES
FINANCE DEPT.